

**A CERTIFIED TRUE COPY**
JUL 24 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
AUG - 7 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUG 22 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED
JUL - 6 2006
CLERK'S OFFICE

DOCKET NO. 986

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD PRODUCTS" PRODUCTS LIABILITY LITIGATION

*Cameron Marley v. Bayer Corp., et al.,* N.D. California, C.A. No. 3:06-3798
*Wyatt Durham v. Bayer Corp., et al.,* N.D. California, C.A. No. 4:06-3647 *WDB*

06CV4268
JUDGE GRADY

### CONDITIONAL TRANSFER ORDER (CTO-89)

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 243 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John F. Grady.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Grady.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the Panel's order of December 7, 1993, and, with the consent of that court, assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.



Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 24 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel



A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
By: DEPUTY CLERK
DATE: